1012

THE CITY OF SEATTLE, *Respondent,* v. DELANO I. FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82656, Charles R. Denney, J. Pro Tem., entered May 5, 1978. *Reversed* and *remanded* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and Andersen, J.

THE STATE OF WASHINGTON, *Respondent,* v. JAMES LEROY DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85560, William C. Goodloe, J., entered September 6, 1978. *Reversed* and *remanded* by unpublished opinion per Callow, C.J., concurred in by Dore and Ringold, JJ.

THE STATE OF WASHINGTON, *Appellant,* v. SYDNEY CARL ANDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82522, James A. Noe, J., entered January 24, 1979. *Reversed* by unpublished opinion per Callow, C.J., concurred in by Pearson and Ringold, JJ.